384 A.2d 1002

Ross, et al. v. Vereb (et al., Appellants), et al.

Argued November 15, 1977. J. Alberstat, with him Lawrence L. Kinter, Deputy City Solicitor, for appellants;

M. Fletcher Gornall, Will G. Schaaf, and James P. Lay, III, with them T. Warren Jones, for appellees.

Order affirmed.